UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 7:17-cv-01082-LSC |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, a London, Company, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), as reflected by the signatures of their counsel below, the parties hereby stipulate to the dismissal *with prejudice* of all claims, counterclaims, and cross-claims in this matter. All parties agree to bear their respective costs, expenses, and attorneys' fees.

Respectfully submitted this 10th day of July, 2018.

_____
Attorney for Plaintiff

OF COUNSEL:

John C. Morrow
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
205-458-5298
jmorrow@burr.com

_____
Attorney for Defendant, Certain
Underwriters at Lloyd's, London

OF COUNSEL:

R. Bruce Barze, Jr.
M. Todd Lowther
BARZE TAYLOR NOLES LOWTHER LLC
Lakeshore Park Plaza
2204 Lakeshore Drive, Suite 330
Birmingham, Alabama 35209
(205) 872-1032
bbarze@btnllaw.com
tlowther@btnllaw.com

_____
Attorney for Defendants, Joseph
Mims and Company, Inc. and Joe
Mims Construction LLC

OF COUNSEL:

A. Grady Williams
Richard B. Johnson
E. Barrett Hails
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000 (36602)
Mobile, Alabama 36652
(251) 432-4481
Bo.Williams@phelps.com
Richard.Johnson@phelps.com
Barrett.Hails@phelps.com

Francis W. Speaks, Jr
SPEAKS & SPEAKS ATTORNEYS AT LAW, PC
500 3rd Avenue North
Clanton, Alabama 35045
speaksbill@gmail.com