IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CERTAIN UNDERWRITERS )<br>AT LLOYDS LONDON, et al., )<br>)<br>Defendants. )<br>) | 7:17-cv-01082-LSC |

### Order

This Court acknowledges receipt of the parties' Stipulation of Dismissal (doc. 44) filed on July 10, 2018. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

DONE and ORDERED on July 18, 2018.

_____
L. Scott Coogler
United States District Judge

190485